```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
_____

SATROHAN BICKRAM,

               Plaintiff,

                                                                                          No. 05-CV-1553

             v.                                                  (FJS/DRH)

NATIONAL RAILROAD PASSENGER
CORPORATION (Amtrak),

               Defendant.
_____

**APPEARANCES:**                                          **OF COUNSEL:**

RICHARD P. FEIRSTEIN, ESQ.
Counsel for Plaintiff
600 Broadway
Albany, New York  12207-2205


McNAMEE, LOCHNER, TITUS &                    GLEN P. DOHERTY, ESQ.
     WILLIAMS, P.C.
Counsel for Defendant
677 Broadway
Albany, New York  12207-2503


**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

     The Court has reviewed Magistrate Judge David R. Homer's January 19, 2007 Report-Recommendation and Order and the entire file in this matter. Accordingly it is hereby

     **ORDERED**, that the Report-Recommendation and Order of Magistrate Judge David R. Homer filed January 19, 2007 and

entered January 22, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED**, that, because Plaintiff has never responded to Defendant's discovery demand, despite the Court's order that he do so on or before October 28, 2006, and because he has taken no steps to prosecute this action since May 2, 2006, Defendant's motion for sanctions, pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure, is **GRANTED**, and it is further

**ORDERED**, that this action is **DISMISSED IN ITS ENTIRETY**, and it is further

**ORDERED**, that the Clerk of the Court is to enter judgment in favor of the Defendant and close this case.

**IT IS SO ORDERED.**

DATED: February 8, 2007
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge